IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PATRICIA COOK                                                                 PLAINTIFF

v.                      CIVIL NO. 02-6201

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                                 DEFENDANT

## **JUDGMENT**

On this the 31st day of August, 2006, the Court has before it for consideration, plaintiff's request for attorney's fees for Ms. Shannon Muse Carroll, pursuant to *42 U.S.C. § 406(b)*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, said motion is dismissed, without prejudice.

IT IS SO ORDERED.

                                                       /s/Bobby E. Shepherd
                                                         Honorable Bobby E. Shepherd
                                                         United States Magistrate Judge